1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JUAN RAMON RANGEL,

Plaintiff,

v.

SYNCHRONY BANK,

Defendant.

Case No. 17-CV-00177-LHK

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Re: Dkt. Nos. 21, 26

On April 24, 2017, the Court granted Defendant's unopposed motion for a more definite statement. ECF No. 21. In doing so, the Court ordered that "Plaintiff shall file within twenty-one (21) days of the date of this Order an amended complaint . . . ." *Id.* at 3. The Court also stated that "[f]ailure to comply with this 21 day deadline, or failure to correct the deficiencies discussed above, will result in the Court dismissing Plaintiff's complaint." *Id.*

This 21-day deadline passed on May 15, 2017, and Plaintiff has not filed an amended complaint. Therefore, the Court hereby DISMISSES Plaintiff's complaint with prejudice. The Clerk shall close the file.

1

1    **IT IS SO ORDERED.**

2    Dated: May 30, 2017

3    _____

4    LUCY H. KOH
     United States District Judge

Case No. 17-CV-00177-LHK
ORDER DISMISSING COMPLAINT WITH PREJUDICE

United States District Court
Northern District of California